UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LIVINGSTONE on behalf of himself and other similarly situated indivduals,<br><br>                              Plaintiffs,<br><br>v.<br><br>RANCHO SANTE FE FIRE PROTECTION DISTRICT,<br><br>                              Defendant. | Case No.:  22cv602-JLS (NLS)<br><br>**ORDER:**<br><br>**(1) FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE;**<br><br>**(2) SETTING RULE 26 COMPLIANCE; and**<br><br>**(3) NOTICE OF CASE MANAGEMENT CONFERENCE VIA VIDEOCONFERENCE** |

On 7/13/2022, the court held an Early Neutral Evaluation Conference ("ENE"). The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure 26, and now **ORDERS**:

1.     Counsel must appear **telephonically** on **8/31/2022** at **10:00 a.m.** before Magistrate Judge Stormes for a Case Management Conference ("CMC") pursuant to Federal Rule of Civil Procedure 16(b).  By **August 24, 2022**, parties/counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone who will be attending the conference, an e-mail address for each participant to receive the

1

Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.

2. Before the CMC, the parties shall complete the limited discovery discussed during the ENE, including production by Defendant of the relevant payroll records for the plaintiffs and exchange of potential damages calculations by Plaintiffs based on the payroll information.  By **August 26, 2022**, the parties shall lodge a joint statement to the Court regarding status of discovery and the case.

3. The Rule 26(f) conference must be completed by **8/17/2022**.

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **8/24/2022**.

Plaintiff's(s') counsel must serve a copy of this order on all parties that enter the case from this point forward.  Each responsible attorney of record and all parties representing themselves must participate in the conference.  Represented parties need not participate.

**IT IS SO ORDERED.**

Dated:  July 13, 2022

Hon. Nita L. Stormes
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LIVINGSTONE on behalf of himself and other similarly situated indivduals,<br><br>                              Plaintiff(s)<br><br>v.<br><br>RANCHO SANTE FE FIRE PROTECTION DISTRICT,<br>                            Defendant(s) | Case No.:  22cv602-JLS (NLS)<br><br>**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent  /  ☐ Do Not Consent

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of parties and attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

## REFERENCE ORDER

      **IT IS ORDERED:** This case is referred to United States Magistrate Judge Nita L. Stormes, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |